United States District Court
Southern District Of Texas
FILED

JAN 04 2021

AO 91 (Rev 8/01)   Criminal Complaint

David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
v.
Miguel Angel Vazquez-Arano

**CRIMINAL COMPLAINT**

Case Number:   M-21- 0012 -M

IAE   YOB: 1981
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 3, 2021** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Miguel Angel Vazquez-Arano was encountered by Border Patrol Agents near Mission, Texas on January 3, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on January 3, 2021, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on August 29, 2019, through Brownsville, Texas. Prior to Deportation/Exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA Frances Blake Land
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

January 4, 2021 @ 3:17 PM

/S/ Cynthia J. Garcia
Signature of Complainant

Cynthia J. Garcia        Border Patrol Agent

J. Scott Hacker           , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer